UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KEVIN POATE,<br><br>        Plaintiff,<br><br>    v.<br><br>WIRELESS LIFESTYLE, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-01138-HSG<br><br>**SCHEDULING ORDER** |

Having reviewed the dates proposed in Dkt. No. 18, the Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| | |
|---|---|
| Fact Discovery Cutoff | December 16, 2016 |
| Expert Witness Disclosure | January 6, 2017 |
| Rebuttal Expert Witness Disclosure | January 20, 2017 |
| Expert Discovery Cutoff | February 17, 2017 |
| Hearing on Dispositive Motions | April 13, 2017 at 2:00 p.m. |
| Pretrial Conference | May 9, 2017 at 3:00 p.m. |
| Jury Trial | May 22, 2017 at 8:30 a.m. (10 days) |

These dates may only be altered by order of the Court and only upon a showing of good cause.

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order

**IT IS SO ORDERED.**

Dated: 6/20/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge