STEVEN G. ZIEFF (SBN 84222)
JOHN T. MULLAN (SBN 221149)
MICHELLE G. LEE (SBN 266167)
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Phone: (415) 434-9800
Fax:    (415) 434-0513
Email: sgz@rezlaw.com
Email: jtm@rezlaw.com
Email: mgl@rezlaw.com

Attorneys for Plaintiff
WILLIAM KEVIN POATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM KEVIN POATE,<br><br>   Plaintiff,<br><br>v.<br><br>WIRELESS LIFESTYLE, INC., a corporation; WIRELESS LIFESTYLE, LLC, a limited liability company,<br><br>   Defendants. | Case No. 3:16-cv-01138-HSG<br><br>**JOINT STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff William Kevin Poate ("Plaintiff") and Defendants Wireless Lifestyle, Inc., and Wireless Lifestyle, LLC, ("Defendants"), by and through their attorneys of record, hereby stipulate and agree that Plaintiff shall have leave to file a First Amended Complaint in this lawsuit for purposes of alleging exhaustion of the administrative requirements pursuant to the Private Attorneys General Act ("PAGA").  A copy of the Proposed First Amended Complaint is attached hereto as Exhibit A.

Respectfully submitted,

Dated: July 6, 2016

　　　/s/ *Lonnie D. Giamela*
LONNIE D. GIAMELA
SHAUN J. VOIGT
FISHER & PHILLIPS LLP
Attorneys for Defendant
WIRELESS LIFESTYLE, INC.

Dated: July 6, 2016

　　　/s/ *Steven G. Zieff*
STEVEN G. ZIEFF
JOHN T. MULLAN
MICHELLE G. LEE
RUDY EXELROD ZIEFF & LOWE LLP
Attorneys for Plaintiffs

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 8, 2016

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Court

1
JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
CASE NO. 3:16-CV-01138-HSG